O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Vallareal, Francisco<br><br>　　　　　　　Defendant. | Case No.: CR98-143-DDP<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd, cmty ties unknown due to failure to interview; bail resources unknown; immigration status unknown; association with multiple personal identifiers; ongoing substance abuse problem; history of noncompliance with_

1  _supervision conditions_
2
3  and/or
4  B.  ☒ The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on _criminal history record, which_
8  _includes multiple convs for narcotics_
9  _offenses_
10
11
12
13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __6/24/15__
17
18  ROBERT N. BLOCK
    UNITED STATES MAGISTRATE JUDGE